UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES PENA | : | CIVIL NO. 3:19-CV-00261(KAD) |
| V. | : | |
| SCOTT SEMPLE, ET AL. | : | NOVEMBER 15, 2019 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The defendants, Scott Semple, David Maiga, John Aldi, and Antonio Santiago, move for summary judgment.  See Fed. R. Civ. P. 56; Local R. 56.  The Prison Litigation Reform Act bars the action because the plaintiff failed to properly exhaust his administrative remedies prior to commencing this action.  See 42 U.S.C. § 1997e(a).  Regarding this issue, there are no genuine disputes of material fact and the defendants are entitled to judgment as a matter of law.  In support thereof, the defendants submit a Rule 56(a)(1) Statement of Material Facts, a Memorandum of Law, a Notice to the Pro Se Litigant, and the following Exhibits:

**A.** Affidavit of Michelle King (3 pages)

**B.** Corrigan-Radgowski Correctional Center's Grievance Log (Form 9608), from October 1, 2017 to March 1, 2019 (41 pages)

**C.** James Pena's Department of Correction Movement Sheet (1 page)

**D.** Affidavit of Jessica Bennett (4 pages)

**E.** MacDougall-Walker Correctional Institution's Grievance Log (Form 9608), from November 1, 2018 to April 1, 2019 (27 pages)

**F.** Department of Correction Administrative Directive 9.6, Inmate Administrative Remedies (14 pages)

**G.** Affidavit of Krystal McNeill (3 pages)

**H.** New Haven Correctional Center's Grievance Log (Form 9608) from October 1, 2017 to November 1, 2017 (1 page)

**I.** Grievances Filed by Pena at Corrigan-Radgowski Correctional Center (19 pages)

**J.** Grievances Filed by Pena at MacDougall-Walker Correctional Institution (4 pages)

**K.** Grievance Restriction Letter (1 page)

**WHEREFORE**, the Court should grant this motion and enter judgment in the defendants' favor.

                DEFENDANTS,
                SEMPLE, ALDI, SANTIAGO, & MAIGA

                WILLIAM TONG
                ATTORNEY GENERAL

BY:     /s/
        Edward D. Rowley
        Assistant Attorney General
        Federal Bar No. ct30701
        110 Sherman Street
        Hartford, CT 06105
        Tel: (860) 808-5450
        Fax: (860) 808-5591
        E-Mail: Edward.Rowley@ct.gov

## CERTIFICATION

I hereby certify that on November 15, 2019 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System. A copy was also sent to the following by first-class mail, postage prepaid, to:

James Pena #378668
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

                /s/
                Edward D. Rowley
                Assistant Attorney General